No. 53.  BAIRD *v.* STATE BAR OF ARIZONA.  Sup. Ct. Ariz.  [Certiorari granted, 394 U. S. 957.]  Case restored to calendar for reargument.

No. 230.  H. K. PORTER CO., INC., DISSTON DIVISION-DANVILLE WORKS *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 817.]  Motion of United Steelworkers of America for leave to participate in oral argument granted and 15 minutes allotted for that purpose.  An additional 15 minutes allotted to counsel for petitioner.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.  *George H. Cohen* and *Bernard Kleinman* on the motion.

No. 234.  CZOSEK ET AL. *v.* O'MARA ET AL.  C. A. 2d Cir.  [Certiorari granted, *ante,* p. 814.]  Motion of respondents for permission for two attorneys to participate in oral argument granted.  *William B. Mahoney* for O'Mara et al., and *Thomas G. Rickert, Richard F. Griffin,* and *Courtland R. LaVallee* for Erie Lackawanna Railroad Co. on the motion.

No. 300.  TATE ET AL. *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL.  C. A. 10th Cir.  [Certiorari granted, *ante,* p. 815.]  Motion of Richard B. Stone for leave to argue *pro hac vice* in behalf of Hickel granted.  Motion of respondent, Dorita High Horse, to remove case from summary calendar denied.  Fifteen additional minutes allotted to each side.  *Solicitor General Griswold* on the motion for Stone, and *Houston Bus Hill* on the motion for Dorita High Horse.

No. 692.  PUBLIC SERVICE COMMISSION OF WYOMING ET AL. *v.* TRI-STATE GENERATION & TRANSMISSION ASSN., INC.  C. A. 10th Cir.  The Solicitor General is invited to file a brief expressing the views of the United States.